JAMES J. BRESNAHAN, Respondent, *v.* NEW YORK LIFE INSURANCE COMPANY, Appellant.

Argued November 24, 1942; decided January 7, 1943.

*Roy P. Ohlin, Franklin D. L. Stowe* and *Alden B. Gomez* for appellant.

*John R. Weaver* and *Philip A. Sullivan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.